IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 15 2018

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 18-2670 MV |
| Plaintiff, ) | |
| ) | 18 U.S.C. §§ 1153 and 1111: Second |
| vs. ) | Degree Murder. |
| ) | |
| **TASHQUIN DAVIS**, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

On or about July 24, 2018, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **TASHQUIN DAVIS**, an Indian, unlawfully killed John Doe with malice aforethought.

In violation of 18 U.S.C. §§ 1153 and 1111.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

3/15/16  10:10 am