UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
# Sentencing Minute Sheet

| | | | | |
|---|---|---|---|---|
| CR No. | 18-2670-MV | | USA vs. | Davis |
| Date: | March 17, 2020 | | Name of Deft: | Tashquin Davis |
| | Before the Honorable | | Martha Vázquez | |

| | | | | | |
|---|---|---|---|---|---|
| Time In/Out: | 10:16 a.m./1:20 p.m. | | Total Time in Court (for JS10): | 3 hours and 4 minutes | |
| Clerk: | Sarah Cohen | | Court Reporter: | Carmela McAlister | |
| AUSA: | Joseph Spindle | | Defendant's Counsel: | Kari Converse | |
| Sentencing in: | Santa Fe, New Mexico | | Interpreter: | | |
| Probation Officer: | Kelly Borland | | Sworn? | Yes | No |
| Convicted on: | **X** Plea | Verdict | As to: | Information | **X** Indictment |
| If Plea: | **X** Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | | |
| If Plea Agreement: | **X** Accepted | Not Accepted | No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | 3/16/19 | | PSR: | Not Disputed | **X** Disputed |
| PSR: | **X** Court Adopts PSR Findings | | Evidentiary Hearing: | **X** Not Needed | Needed |
| Exceptions to PSR: | **Vulnerable victim enhancement will not be applied** | | | | |

## Sentence Imposed

Imprisonment (BOP): 96 months

| | | | | |
|---|---|---|---|---|
| Supervised Release: | 5 years | Probation: | | **X** 500-Hour Drug Program |
| | Court recommends ICE begin removal proceedings immediately or during service of sentence | | | ICE not applicable |

### Special Conditions of Supervision

| | | | | |
|---|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ___ months ___ days | |
| | Comply with ICE laws and regulations | | Community service for ___ months ___ days | |
| **X** | Substance abuse treatment program | | Reside residential reentry center ___ months ___ days | |
| **X** | Mental health treatment program | | Register as sex offender | |
| **X** | No alcohol/intoxicants | | Participate in sex offender treatment program | |
| **X** | Submit to search of person/property | | Possess no sexual material | |
| | No contact with victim(s) and/or co-Deft(s) | | No computer with access to online services | |
| | No entering, or loitering near, victim's residence | | No contact with children under 18 years | |
| | Provide financial information | | No volunteering where children supervised | |
| **X** | Grant limited waiver of confidentiality | | Restricted from occupation with access to children | |
| | | | No loitering within 100 feet of school yards | |
| **X** | OTHER: 2 years at Delancey Street Residential Program; educational/vocational services program; all therapy recommended in psychological evaluations | | | |

| | | | |
|---|---|---|---|
| Fine: $ | **none** | Restitution: $ | $600 to victim's family; $5860 to New Mexico Crime Victim's Reparation Commission |
| SPA: $ | 100  ($100 as to each Count) | Payment Schedule: | **X** See Below / Waived |
| OTHER: | The restitution will be paid in monthly amounts of $100, or 10% of the defendant's gross monthly income. The SPA is due immediately. | | |

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | FCI Safford |

UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
**SENTENCING MINUTE SHEET**

| | |
|---|---|
| Dismissed Counts: | |
| OTHER COMMENTS | The Court also recommends that BOP apply Management Variable W in his case and that it classify Mr. Davis to a low security institution, preferably FCI Safford AZ. Mr. Davis's age is largely the contributing factor in his placement into the medium security point range. FCI Safford is the closest institution to his home, and pursuant to 18 U.S.C. § 3632(d)(2), Mr. Davis should be placed there. Mr. Davis would benefit from the GED, adult continuing education, and college courses available there through Eastern Arizona College, as well as its drug and alcohol treatment programs. It is also noted that Mr. Davis has no other arrests, much less convictions, in his history. |